# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

GARY LEROY LUCAS,

               Plaintiff,

v.

CITY OF DULUTH, GEORGIA, MAJOR MARK A. HUNTER, H. RODRIGUEZ, B. VEGTER, C. TILLER, J. BUSTAMENTE, and J. LEE-FOON,

               Defendants.

Civil Action File No.:

## PETITION FOR REMOVAL

1.

A civil action has been brought against the above-named Defendants in the State Court of Gwinnett County, Georgia, being Civil Action No. 24-A-05158-5, wherein the Plaintiff seeks recovery against Defendants under 42 U.S.C. § 1983.

2.

This action raises a federal question as defined by 28 U.S.C. § 1331. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441, et seq.

3.

Defendant City of Duluth is the only Defendant properly served at this time.

4.

All parties are citizens of the State of Georgia. And the action was brought in the State Court of Gwinnett County, which is in the Northern District of Georgia. Defendant attaches copies of the following documents that were filed in the State Court of Gwinnett County:

Exhibit A    Complaint and Summons.

Exhibit B    Notice of Hearing

Exhibit C    Sheriff's Entry of Service for City of Duluth.

Exhibit D    Answer of City of Duluth

Exhibit E    Jury Demand

Exhibit F    Attorney Kevan Dorsey Leave of Absence

Exhibit G    Defendant's Rule 5.2 Certificate of Service of Discovery

Exhibit H    Order Extending Time to Perfect Service

Exhibit I    Order Dismissing Christopher Tiller

5.

Now within thirty (30) days after receipt of Plaintiff's Complaint,

Defendant hereby removes the within action to the U.S. District Court for the Northern District of Georgia, Atlanta Division pursuant to 28 U.S.C. § 1446.

6.

Defendant will file a Notice of Removal in the State Court of Gwinnett County, Georgia, advising that the within action has been removed to U.S. District Court.

WHEREFORE, Defendant City of Duluth hereby files the within Petition for Removal to this Honorable Court.

This 4th day of November, 2024.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Kevan G. Dorsey*

Kevan G. Dorsey
Georgia Bar No.: 271402
Mason Borucki
Georgia Bar No.: 997121
*Attorneys for Defendant City of Duluth, Georgia*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
mason.borucki@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com

## <u>LOCAL RULE 5.1C CERTIFICATION</u>

By signature below, counsel certifies that the foregoing pleading was prepared

in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

This 4th day of November, 2024.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Kevan G. Dorsey*

Kevan G. Dorsey
Georgia Bar No.: 271402

## CERTIFICATE OF SERVICE

This is to certify that this day I have electronically filed this ***PETITION FOR***

***REMOVAL*** with the Clerk of Court by e-filing same using the CM/ECF System,

and served a copy of the foregoing electronically upon all parties of record via the

CM/ECF System, to the following attorneys of record for the parties:

Joel B. McLemore, Esq.
2606 Bluebird Circle
Duluth, GA 30096
jbmlaw01@hotmail.com

This 4th day of November, 2024.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ **Kevan G. Dorsey***

Kevan G. Dorsey
Georgia Bar No.: 271402
Mason Borucki
Georgia Bar No.: 997121
*Attorneys for Defendant City of Duluth, Georgia*

-8-

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
mason.borucki@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com